**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**\*\*\*\***

**CASE NO.:**

MORGAN HOWARTH,

        Plaintiff,

v.

BARUJ CONSTRUCTION LLC,

        Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF AND JURY TRIAL DEMANDED)**

Plaintiff MORGAN HOWARTH by and through his undersigned counsel, brings this Complaint against Defendant BARUJ CONSTRUCTION LLC for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff MORGAN HOWARTH ("Howarth") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Howarth's original copyrighted Work of authorship.

2. Howarth, based in Washington DC, has been a professional photographer for over 25 years and first came to photography while studying engineering in college. Inspired by a photojournalist, he changed his course load and never looked back. Now, Howarth focuses on interior and architecture work but is

adept in almost all forms of photography. His rich and illustrative style brings architecture to life by combining a multitude of separately lit images into that one perfect shot. Howarth has photographed for a multitude of national clients in a variety of businesses.

3.      Defendant BARUJ CONSTRUCTION LLC ("BC") is a remodeling services and homebuilding company. At all times relevant herein, BC owned and operated the internet website located at the URL https://barujconstruction.com/ (the "Website").

4.      Howarth alleges that BC copied Howarth's copyrighted Work from the internet in order to advertise, market and promote its business activities. BC committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of the BC's business.

## JURISDICTION AND VENUE

5.      This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6.      This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.      BC is subject to personal jurisdiction in Alabama.

8.      Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, BC

2

engaged in infringement in this district, BC resides in this district, and BC is subject to personal jurisdiction in this district.

## DEFENDANT

9.    Baruj Construction LLC is an Alabama Limited Liability Company, with its principal place of business at 2358 County Road 25, Dothan, AL, 36303, and can be served by serving its Registered Agent, Jenner A Matta-Ramirez, at the same address.

## THE COPYRIGHTED WORK AT ISSUE

10.    In   2020,   Howarth   created   the   photograph   entitled "1409_Emerson_Exterior_Right_Rear_F.jpg" which is shown below and referred to herein as the "Work."



11.    Howarth registered the Work with the Register of Copyrights on July 10, 2020, and was assigned registration number VA 2-212-709. A true and correct copy of the Certificate of Registration is attached hereto as **Exhibit 1**.

12.    The Work in perspective, orientation, positioning, lighting, and other details is entirely original and creative. As such, the Work qualifies as subject matter protectable under the Copyright Act.

13.    At all relevant times Howarth was the owner of the copyrighted Work.

### INFRINGEMENT BY BC

14.    BC has never been licensed to use the Work for any purpose.

4

15. On a date after the Work was created, but prior to the filing of this action, BC copied the Work.

16. On or about March 5, 2024, Howarth discovered the unauthorized use of his Work on the Website. The Work is still being used on the Website's home page in a section titled, "With Us, You're Getting The Best of The Best.[1]"

17. BC copied Howarth's copyrighted Work without Howarth's permission.

18. After BC copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its construction and remodeling business.

19. BC copied and distributed Howarth's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

20. BC committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

21. Howarth never gave BC permission or authority to copy, distribute or display the Work for any purpose.

---

[1] As of the date of this filing, the unauthorized display of the Work is available at the following URL: https://barujconstruction.com/

5

22.    Howarth notified BC of the allegations set forth herein on September 30, 2024 and October 16, 2024. To date, the parties have failed to resolve this matter.

**COUNT I**
**COPYRIGHT INFRINGEMENT**

23.    Howarth incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24.    Howarth owns a valid copyright in the Work.

25.    Howarth registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26.    BC copied, displayed, and distributed the Work and made derivatives of the Work without Howarth's authorization in violation of 17 U.S.C. § 501.

27.    BC performed the acts alleged in the course and scope of its business activities.

28.    Defendant's acts were willful.

29.    Howarth has been damaged.

30.    The harm caused to Howarth has been irreparable.

WHEREFORE, Plaintiff MORGAN HOWARTH prays for judgment against the Defendant BARUJ CONSTRUCTION LLC that:

a.    BC and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and

permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.   BC be required to pay Howarth his actual damages and Defendant's profits attributable to the infringement, or, at Howarth's election, statutory damages, as provided in 17 U.S.C. § 504;

c.   Howarth be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d.   Howarth be awarded pre- and post-judgment interest; and

e.   Howarth be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Howarth hereby demands a trial by jury of all issues so triable.

Dated: March 17, 2026

Respectfully submitted,

*/s/ Mark S. Boardman*
Mark S. Boardman (ASB-8572-B65M)
BOARDMAN, CARR, PETELOS,
WATKINS, OGLE & HOWARD, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211
Telephone:   (205) 678-8000
Facsimile:   (205) 678-0000

*/s/ George N. Colville*
GEORGE N. COLVILLE
*(Pro Hac Vice Forthcoming)*

7

FL Bar Number: 1060046
george.colville@sriplaw.com
**SRIPLAW, P. A.**
21301 Powerline Road
Suite 212
Boca Raton, FL 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Morgan Howarth*

8