**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

**CASE NO.: 1:26-cv-00192-BL-KFP**

MORGAN HOWARTH,

Plaintiff,

v.

BARUJ CONSTRUCTION LLC

Defendant.

## MOTION FOR ENTRY OF CLERK'S DEFAULT

Plaintiff MORGAN HOWARTH ("Howarth"), by and through his undersigned counsel, hereby requests that the Clerk enter default in this matter against Defendant BARUJ CONSTRUCTION LLC ("BC") hereto on the ground that BC has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. The Declaration of George Nicholas Colville in Support of Motion for Entry of Clerk's Default ("Colville Decl.") filed concurrently herewith demonstrates that on March 25, 2026, BC was served with the Summons and a copy of the Complaint by personal service, by serving its registered agent, Jenner A Matta-Ramirez- Agent for Service of Process, at 2358 County Road 25, Dothan, AL 36303. The time allowed for has to respond to the Complaint has expired. Neither Howarth nor the Court has granted BC an extension of time to respond to the Complaint. BC Defendant has failed to answer or otherwise respond to the Complaint or serve a copy of any Answer or other response upon Plaintiff's attorney of record.

Howarth is informed and believes that BC is a corporate entity and is not considered an infant or incompetent person. Plaintiff is informed and believes that the Servicemembers Civil Relief Act does not apply.

WHEREFORE, Plaintiff MORGAN HOWARTH requests that a default be entered by the Clerk against Defendant BARUJ CONSTRUCTION LLC and for such other and further relief as to the Court deems just and proper in the premises.

Dated: May 4, 2026

Respectfully submitted,

*/s/ George N. Colville*
GEORGE N. COLVILLE
*(Pro Hac Vice)*
FL Bar Number: 1060046
george.colville@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 212
Boca Raton, Florida 33433
786.297.8709 – Telephone
561.404.4353 – Facsimile

And

*/s/ Mark S. Boardman*
Mark S. Boardman (ASB-8572-B65M)
**BOARDMAN, CARR, PETELOS, WATKINS, OGLE & HOWARD, P.C.**
400 Boardman Drive
Chelsea, Alabama 35043-8211
Telephone: (205) 678-8000
Facsimile: (205) 678-0000

*Counsel for Plaintiff Morgan Howarth*