**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

**CASE NO.: 1:26-CV-00192-BL-KFP**

MORGAN HOWARTH,

Plaintiff,

v.

BARUJ CONSTRUCTION LLC,

Defendant.

**DECLARATION OF GEORGE N. COLVILLEIN SUPPORT OF MOTION FOR ENTRY OF CLERK'S DEFAULT**

I, George N. Colville, declare and say:

1. I am an attorney duly licensed to practice before this Court, and I am counsel for Plaintiff MORGAN HOWARTH ("Howarth") in the above-captioned matter. I make this Declaration, which is filed in support of Plaintiff's Motion for Entry of Clerk's Default, and I could and would testify competently to the matters set forth herein.

2. On March 18, 2026, Howarth filed his Complaint against Defendant Baruj Construction LLC ("BC") (ECF 1).

3. On March 25, 2026, BC was served with the Summons and a copy of the Complaint by personal service, by serving its Registered Agent, Jenner A Matta-Ramirez 2358 County Road 25, Dothan, AL 36303-9484. Attached hereto as Exhibit "A" is a true and correct copy of the Affidavit of Service on file with the Court, reflecting that BC was served by personal service with its Summons and a copy of the Complaint.

4. The time allowed for BC to respond to the Complaint has expired.

5. BC has not been granted an extension of time to respond to the Complaint.

6. BC has failed to answer or otherwise respond to the Complaint or serve a copy of its answer or other response upon Plaintiff's attorneys of record.

7. I am informed and do not believe that BC is an infant or incompetent person, and, upon information and belief, the Servicemembers Civil Relief Act does not apply.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 4, 2026.

*/s/ George N. Colville*
GEORGE N. COLVILLE