# Exhibit A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **George Colville SBN 1060046**<br>**SRIPLAW**<br>**21301 Powerline Road Suite 100**<br>**Boca Raton, FL 33433**<br>ATTORNEY FOR **Plaintiff** | **(561) 992-3534** | |
| MIDDLE DISTRICT, MONTGOMERY- NORTHERN<br>1 Church St<br>Montgomery, AL 36101 | | |
| PLAINTIFF/PETITIONER:Morgan Howarth<br><br>DEFENDANT/RESPONDENT: Baruj Construction LLC | | |
| DATE: TIME: DEP./DIV. | | CASE NUMBER:<br>1:26-cv-00192-BL-KFP |
| **Declaration of Service** | | Ref. No. or File No:<br>28489 |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:
**Summons in a Civil Action; Complaint for Copyright Infringement (Injunctive Relief and Jury Trial Demanded), Exhibits 1-2**

On: **Baruj Construction, LLC**

I served the summons at:

**2358 Dale County Rd 25 Dothan, AL 36303**

On: **3/25/2026** Time: **10:22 AM**

In the above mentioned action by personally serving to and leaving with
**Jenner A Matta-Ramirez - Agent for Service of Process**

Person attempting service:

a. Name: **James Gunter**
b. Address: **1801 Parkcourt Place Suite F100, Santa Ana, CA 92701**
c. Telephone number: **714-973-9202**
d. **The fee** for this service was: **144.50**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

/s/ [signature]
James Gunter (Mar 27, 2026 13:21:27 CDT)

**James Gunter** Date: **03/26/2026**